### *Witmore* v. *Russel.*

ON an application for judgment, as in case of non-
suit, the defendant wished to include, in the costs

now ordered to be paid, on stipulating, those taxed on a former stipulation, given without motion, but not entered with the clerk.

*Per Curiam.* You should have filed your stipulation, entered a rule *nisi* for judgment, served a certified copy of the rule, with a taxed bill of costs, and made a demand of payment. You can take nothing by your motion unless you account for the not doing so.

N. B. This being done, the defendant obtained his costs, but the plaintiff had leave to stipulate again.